No. 1021. UNITED STATES RADIATOR CORP. *v.* HENDERSON ET AL. May 28, 1934. Petition for writ of certiorari

to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. George L. Nye* and *Robert G. Bosworth* for petitioner. No appearance for respondents.